PELLETIER, Appellant, v. GRAHAM et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Mary E. Pelletier against James Larimer Graham and others, doing business under the firm name and style of Graham, Taylor & Co.

PER CURIAM. Judgment reversed, on the ground that the case should have been submit-

ted to the jury, and new trial granted, with costs to appellant to abide the event.

BETTS, J., not sitting.